

1:25-cr-00022-SDN

## Synopsis – Indictment

| | |
|---|---|
| **Name:** | KEN YIU |
| **Address:** (City & State Only) | New York, NY |
| **Year of Birth and Age:** | 1976 (48) |
| **Violations:** | Count 1: Making a False Statement and Report, in violation of 18 U.S.C. § 1014 (Class B Felony)<br><br>Count 2: Bank Fraud, in violation of 18 U.S.C. § 1344 (Class B Felony)<br><br>Count 3: Drug-involved premises, in violation of 21 U.S.C. § 856(a) (Class C Felony) |
| **Penalties:** | Count 1: Imprisonment of not more than 30 years, a fine not to exceed $1,000,000, or both. 18 U.S.C. § 1014.<br><br>Count 2: Imprisonment of not more than 30 years, a fine not to exceed $1,000,000, or both. 18 U.S.C. § 1344.<br><br>Count 3: Imprisonment of not more than 20 years, a fine not to exceed $500,000, or both. (21 U.S.C. § 856(b)) |
| **Supervised Release:** | Count 1: Not more than 5 years. 18 U.S.C. § 3583(b)(1).<br><br>Count 2: Not more than 5 years. 18 U.S.C. § 3583(b)(1).<br><br>Count 3: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 3 years. 18 U.S.C. § 3583(e)(3).<br><br>Count 2: Not more than 3 years. 18 U.S.C. § 3583(e)(3).<br><br>Count 3: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Five years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |

|  | Count 2: Five years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 3: Three years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
|---|---|
| **Defendant's Attorney:** | To be assigned. |
| **Primary Investigative Agency and Case Agent Name:** | HSI Special Agent Pierre Mathieu |
| **Detention Status:** | N/A |
| **Foreign National:** | U.S. Citizen |
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | Kennebec |
| **AUSA:** | AUSAs Andrew Lizotte and Alisa Ross |
| **Guidelines apply?** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | Yes |
| **Assessment(s):** | $100.00 per count - 18 U.S.C. § 3013(a)(2)(A) |
| **Forfeiture? Y/N** | Yes |