**SECRET**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

2025 FEB 12 P 3:45

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:~~24~~ 25-cr- 00022-SDN |
| KEN YIU | |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date:  February 12, 2025

/s/ Andrew K. Lizotte
Assistant U.S. Attorney